PRO SE GUIDE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 13 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Michael Wesley

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Department of Veterans Affairs "Clinic A" (Augusta, GA, Charlie Norwood)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 17-4013
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

PRO SE GUIDE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael Wesley
   Street Address: PO Box 982
   City and County: Texerkana (miller, Bowie)
   State and Zip Code: TX 75504
   Telephone Number: (504) 419-5726
   E-mail Address: Migaulwesley47@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Department of Veterans Affairs
   Job or Title (if known): "Charlie Norwood Med. Ctr."
   Street Address: 1 Freedom Way
   City and County: Augusta & Richmond
   State and Zip Code: GA 30904
   Telephone Number: (706) 733-0188
   E-mail Address (if known): www.Augusta.VA.gov

   Defendant No. 2
   Name: "Clinic A"
   Job or Title (if known):
   Street Address: Same as above
   City and County:

16

PRO SE GUIDE

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

Defendant No. 3

        Name  _____

        Job or Title  _____
        (if known)

        Street Address  _____

        City and County  _____

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

Defendant No. 4

        Name  _____

        Job or Title  _____
        (if known)

        Street Address  _____

        City and County  _____

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

PRO SE GUIDE

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Malpractice (Tort Claim Through the VA Court System)

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Michael Wesley, is a citizen of the State of *(name)* Arkansas.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

18

PRO SE GUIDE

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

1.7mil dollars medication that was given did more harm and wonder other parts of my organs (extra with heart)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

2005-2008 medication gave me chest pain + harm to my kidneys, went to clinic for chest pain several times, 2009 a swollen order (heart) then 2013-2015 Laxis dry my pancreas 3 times hospitalized (2) twice and taken off Hbp med. And Laxis with other medication

Attachment

PRO SE GUIDE

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*dysfunctional Valve from my heart at 20% working condition (Lyrixis is for Heart failure) Will Show dyhidration would life of pancreas, lungs, and caused formintation within my body.*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8 MAR, 2017

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Michael Wesley
Address of Plaintiff: Po Box 982, Texerkana, TX 75504
Telephone Number: (804) 419-5226

20



U.S. Department of Veterans Affairs
Office of General Counsel

Office of Chief Counsel
Continental District - West
4500 South Lancaster Road
Dallas, Texas 75216

Telephone: 214-857-2414
Fax: 214-302-1407

In Reply Refer To: 12113

November 2, 2015

Michael Wesley, Sr.
PO Box 179
Augusta, GA 30903

    RE:    Administrative Tort claim

Dear Mr. Wesley:

Thank you for providing me with the information that was requested. I have made a copy of your documents (73 pages) and am now returning the originals to you. You also submitted 5 CDs of imagings from the Augusta GA VA Medical Center for various dates covering the period between March 13, 2013 through March 5, 2014. These imagings are already part of your medical records at Augusta GA VA Medical Center. Therefore, they are also returned to you for your records.

Please call me at (214) 857-2414 if you have any question or concern. Thank you for your cooperation.

Sincerely,

*[signature]*

JENNY MAI
Staff Attorney

# MICHAEL WESLEY SR.

P.O.Box 179
Augusta, Ga. 30903
(870) 571-7536
migaulwesley47@gmail.com

30th December 2015

**Department of Veterans Affairs,**
  **General Counsel (021B)**
810 Vermont ave. north west
Washington, DC. 20420

Dear General Counsel

   To the Honorable Panel, I'm Very Dissatisfied with the decision of the Administration Board of Tort Claims, so I'm asking the General Counsel to give me a reconsideration of my claim due to new evidence, a better understanding of what my claim is about, and a better review.

1. A Echocardiogram was taken Dec. 8 2015 does not show a CFR ( congestive heart failure ) in which lasix ( furosemide ) is often used. Even the symptoms for CFR was not given to my care giver but only for my gout ( swollen foot with pain ) but it shows a diastolic dysfunction. This Dysfunction can advance into a diastolic heart failure; not any causes for a diagnoses for lasix or furosemide but the earliest Echocardiogram ( 15 Jul 2013 ) did not show these symptoms till after the Medical negligence under the care of my nurse not a Doctor. This medicine caused me to rehydrate myself in the hospital once in the Charlie Norwood Va Medical Center ( Apr-Sept 2013 one of the month ) the second was Mar. 28 2015 but information from either visit was not translated to my Provider, to reduce the dosage or to remove me off this medicine ( see letters and other evidence 28 July 2015

and 17 Oct 2015 their are in possession of Chief Counsel: Ms. Tammy R. Kennedy or Ms Jenni Mai ).

2. Lisinopril 2006-2011 chest pain ( see letters and other pages that was sent to the Administration of Tort Claims ).
3. Pyridostigmine Bromide symptoms and my Illnesses are part of this even for my several request for an earlier effective date for my injuries and illnesses ( this material is located in my records of the Veterans Affairs; also new evidence for a claim in 1997 a letter before Doctors diagnosed the Persian Gulf Syndrome back in 2000 Gulf War Review ).

*[signature] Sr,*

File 4138 152120

Date Sign 28 Dec 2015
Scott →

```
------------------------------------------------------------------
        MEDICAL RECORD          |   CONSULTATION SHEET
------------------------------------------------------------------
WESLEY,MICHAEL                      SERVICE CONNECTED 50% to 100%
XXX-XX-2170    01/27/1965           SC VETERAN
PO BOX 179
AUGUSTA    GEORGIA    30903    Phone: (719)237-9006
------------------------------------------------------------------
Consult Request: Consult
                                             |Consult No.: 2324574
------------------------------------------------------------------
To: CARDIOLOGY ECHOCARDIOGRAM OUTPT
    From: AUG C&P 8
                                    |Requested: 12/08/2015 9:39 am
------------------------------------------------------------------
Requesting Facility: AUGUSTA VAMC
==================================================================
Current Primary Care Provider: MEISTER,LISA N
   Current Primary Care Team: PACT 7- PCT A

REASON FOR REQUEST: (Complaints and findings)
PRIORITY GROUP 1
------------------------------------------------------------------

Requested Procedure: Echocardiogram
====================================
Reason for Echocardiogram:
C&P Claim Exam for HTN w/ hx of mild concentric LVH on ECHO here 7/15/13.
For current claim exam. Thanks.

Date of last Echocardiogram: 7/15/13

If an echocardiogram has been performed in the past year, what change
has occured to require another echocardiogram? n/a




Click to view Echo Results, if applicable
(Uncheck before clicking the OK button)

------------------------------------------------------------------
PROVISIONAL DIAG: Hypertensive Heart Disease without Heart Failure(ICD-10-CM
I11.9)
------------------------------------------------------------------
REQUESTED BY:              |PLACE:                |URGENCY:
KORWIN,JOSEPH J            |Consultant's choice   |Routine
STAFF PHYSICIAN            |                      |
(Pager: )                  |SERVICE RENDERED AS:  |EARLIEST DATE:
(Phone: 3635     )         |Outpatient            |Dec 08, 2015
------------------------------------------------------------------


==================================================================
AUTHOR & TITLE:                          |
                                         |DATE:
------------------------------------------------------------------
ID #:_____|ORGANIZATION:  AUGUSTA VAMC  |REG #:____  |LOC: AUG C&P 8
------------------------------------------------------------------
                         Page 1 of 3
                                      Standard Form 513 (Rev 9-77)
```

```
-----------------------------------------------------------------------
        MEDICAL RECORD           |    CONSULTATION SHEET
-----------------------------------------------------------------------
WESLEY,MICHAEL                        SERVICE CONNECTED 50% to 100%
XXX-XX-2170     01/27/1965            SC VETERAN
=======================================================================
```

CONSULTATION NOTE #26810036

LOCAL TITLE: ECHOCARDIOGRAM CONSULT
STANDARD TITLE: CARDIOLOGY PROCEDURE CONSULT
DATE OF NOTE: DEC 08, 2015@12:10     ENTRY DATE: DEC 08, 2015@12:10:09
      AUTHOR: WILLIAMS,SANDRA R    EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Study ID: 33884

ECHOCARDIOGRAM REPORT
VA Medical Center, Augusta, Georgia


Name: WESLEY, MICHAEL   Study Date: 12/08/2015 09:49 AM
MRN: 438152170  Patient Location: opt
DOB: 01/27/1965  Gender: Male   Height: 68 in
Age: 50 yrs     Weight: 252 lb
Reason For Study: C&P exam


Study Type
Echo Exam of Heart. Doppler Color Flow. PW/CW Doppler.
MMode/2D Measurements & Calculations
 IVSd: 1.1 cm
  LVIDd: 4.8 cm
LVIDs: 2.6 cm
LVPWd: 1.1 cm
  Ao root diam: 4.6 cm
LA dimension: 3.5 cm


Left Ventricle
There is mild concentric left ventricular hypertrophy. The left ventricle is
grossly normal size. The left ventricular systolic function is grossly
normal. The transmitral spectral Doppler flow pattern is suggestive of
impaired LV relaxation. The estimated ejection fraction is >60 %.
Right Ventricle
The right ventricle is normal in size and function.
Atria
The left atrial size is normal. There is no gross dilatation of the right
atrium. Nondilated IVC with > 50% inspiratory collapse.
Mitral Valve
The mitral valve is not well visualized. No evidence of mitral valve
stenosis. There is no mitral regurgitation noted.
Tricuspid Valve
The tricuspid valve is not well visualized. No tricuspid regurgitation.
Aortic Valve

=======================================================================
                              Page 2 of 3

```
------------------------------------------------------------------------
         MEDICAL RECORD              |    CONSULTATION SHEET
------------------------------------------------------------------------
WESLEY,MICHAEL                            SERVICE CONNECTED 50% to 100%
XXX-XX-2170       01/27/1965              SC VETERAN
========================================================================
```

Consultation Results #26810036 continued.

The aortic valve is trileaflet. The aortic valve opens well. Peak aortic
velocity is 1.3 m/s. Mild aortic regurgitation.
Great Vessels
The aortic root is dilated, measuring 4.6 cm at the sinuses of Valsalva.

Interpretation Summary
There is no comparison study available. The study was technically limited.
1. The aortic root is dilated, measuring 4.6 cm at the sinuses of Valsalva.
2. Mild aortic regurgitation.
3. Mild concentric left ventricular hypertrophy.
4. Normal left ventricular size and systolic function, EF > 60%.
5. Mild diastolic dysfunction.

Electronically signed by:   Jennifer McNear, M.D.  on 12/08/2015 11:39 AM

Ordering Physician: Korwin, Joseph


Performed By: WILLIAMS, RENEE


/es/ SANDRA R WILLIAMS
ECHOCARDIOGRAM TECHNICIAN
Signed: 12/08/2015 12:10

```
              MEDICAL RECORD            |    CONSULTATION SHEET
------------------------------------------------------------------------
WESLEY,MICHAEL                              SERVICE CONNECTED 50% to 100%
XXX-XX-2170       01/27/1965                SC VETERAN
PO BOX 179
AUGUSTA    GEORGIA      30903    Phone: (719)237-9006
------------------------------------------------------------------------
Consult Request: Consult
                                            |Consult No.: 1859218
------------------------------------------------------------------------
To: CARDIOLOGY ECHOCARDIOGRAM
     From: AUG EMERGENCY DEPT (ED/UC)       |Requested: 07/15/2013 5:58 am
------------------------------------------------------------------------
Requesting Facility: AUGUSTA VAMC
========================================================================
Current Primary Care Provider: MEISTER,LISA N
    Current Primary Care Team: PACT 7- PCT A

REASON FOR REQUEST: (Complaints and findings)
PRIORITY GROUP 1
------------------------------------------------------------------------

  Requested Procedure: Echocardiogram
  ====================================
  Reason for Echocardiogram:for evaluation of aortic aneurysm

  Date of last Echocardiogram: none

  If an echocardiogram has been performed in the past year, what change
  has occured to require another echocardiogram? none




------------------------------------------------------------------------
PROVISIONAL DIAG:
------------------------------------------------------------------------
REQUESTED BY:                    |PLACE:                |URGENCY:
ARORA,SAMEER                     |Bedside               |Stat
RESIDENT PHYSICIAN               |                      |
(Pager: )                        |SERVICE RENDERED AS:  |EARLIEST DATE:
(Phone: 2131)                    |Inpatient             |Jul 15, 2013
------------------------------------------------------------------------


                        CONSULTATION NOTE #21074201


 LOCAL TITLE: ECHOCARDIOGRAM CONSULT
STANDARD TITLE: CARDIOLOGY PROCEDURE CONSULT
DATE OF NOTE: JUL 15, 2013@15:00      ENTRY DATE: JUL 15, 2013@15:00:07
     AUTHOR: WILLIAMS,SANDRA R    EXP COSIGNER:

========================================================================
AUTHOR & TITLE:                                 |
                                                |DATE:
------------------------------------------------------------------------
ID #:_____ |ORGANIZATION:   AUGUSTA VAMC  |REG #:_____  |LOC: AUG EMERGEN
------------------------------------------------------------------------
                            Page 1 of 3
                                       Standard Form 513 (Rev 9-77)
```

```
-------------------------------------------------------------------------
        MEDICAL RECORD            |    CONSULTATION SHEET
-------------------------------------------------------------------------
WESLEY,MICHAEL                         SERVICE CONNECTED 50% to 100%
XXX-XX-2170     01/27/1965             SC VETERAN
=========================================================================
```
Consultation Results #21074201 continued.

    URGENCY:                              STATUS: COMPLETED


Name: WESLEY,MICHAEL   SSN: 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   DOB: JAN 27,1965
Study ID: 27770

ECHOCARDIOGRAM REPORT
VA Medical Center, Augusta, Georgia


Name: WESLEY, MICHAEL  Study Date: 07/15/2013 11:51 AM
MRN: 438152170  Patient Location: 4A
DOB: 01/27/1965  Gender: Male
Age: 48 yrs
Reason For Study: Aortic aneurysm


Study Type
Echo Exam of Heart. Doppler Color Flow. PW/CW Doppler.
MMode/2D Measurements & Calculations
 LA dimension: 3.8 cm
  IVSd: 1.2 cm
  LVIDd: 4.8 cm
LVIDs: 3.1 cm
  LVPWd: 1.2 cm


Left Ventricle
There is mild concentric left ventricular hypertrophy. The left ventricle is
normal in size. No regional wall motion abnormalities noted. Left ventricular
systolic function is normal. The estimated ejection fraction is at least 60 %.
Right Ventricle
The right ventricle is not well visualized. The right ventricle is normal
size. The right ventricular systolic function is normal.
Atria
The left atrium is not well visualized. The left atrial size is normal. Right
atrial size is normal. The inferior vena cava is not well seen but appears to
be nondilated. Interatrial septum is poorly visualized.
Mitral Valve
The mitral valve is not well visualized. The mitral valve is grossly normal.
At least trace mitral regurgitation is present (not well seen).
Tricuspid Valve
The tricuspid valve is not well visualized.
Aortic Valve
The aortic valve is not well visualized. No evidence of aortic valve stenosis.
Valve velocity = 1.7 m/sec. Mild aortic regurgitation. Pressure half-time =
802 msec.
Pulmonic Valve
The pulmonic valve is not well visualized.

=========================================================================

```
------------------------------------------------------------------------
           MEDICAL RECORD              |    CONSULTATION SHEET
------------------------------------------------------------------------
WESLEY,MICHAEL                              SERVICE CONNECTED 50% to 100%
XXX-XX-2170     01/27/1965                  SC VETERAN
========================================================================
```

Consultation Results #21074201 continued.

Great Vessels
The aortic root is not well visualized.
Pericardium
There is no pericardial effusion.

Interpretation Summary
The study was technically limited.
1) The left atrium is not well visualized. The left atrial size is normal.
2) The left ventricle is normal in size with mild concentric left ventricular hypertrophy. No regional wall motion abnormalities noted. Left ventricular systolic function is normal. The estimated ejection fraction is at least 60 %.
3) The aortic valve is not well visualized. No evidence of aortic valve stenosis. Mild aortic regurgitation is noted.
4) At least trace mitral regurgitation is present (not well seen).
5) The aortic root is not well visualized.


Electronically signed by:   Susan Noe, M.D.,F.A.C.C.,F.A.C.P.  on 07/15/2013
02:08 PM



Performed By: RENEE WILLIAMS


/es/ SANDRA R WILLIAMS
ECHOCARDIOGRAM TECH
Signed: 07/15/2013 15:00

```
========================================================================
                              Page 3 of 3
```