IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL WESLEY                                                                    PLAINTIFF

v.                                              Civil No. 4:17-cv-4013

DEPARTMENT OF
VETERANS AFFAIRS, *et al*                                              DEFENDANTS

**O R D E R**

Michael Wesley submitted this pro se action for filing on March 13, 2017.  After a thorough review of the Complaint, the facts alleged and the Defendants named in Plaintiff's Complaint, the Court finds venue properly lies in the Southern District of Georgia.  In cases such as this one, venue is proper in the judicial district where the defendants reside or a substantial part of the events or omissions giving rise to the claim occurred.  *See*  28 U.S.C. § 1391(b).  Here, the crux of Plaintiff's Complaint is centered in the Southern District of Georgia and on Augusta, Georgia defendants.

Accordingly, the Court finds that the interest of justice would best be served by transferring this case to the United States District Court for the Southern District of Georgia, Augusta Division.  *See* 28 U.S.C. § 1406(a).[1]  The Clerk of the Court is **DIRECTED** to transfer immediately and without delay Plaintiff's action and entire case file to the United States District Court for the Southern District of Georgia, Augusta Division.

**IT IS SO ORDERED this 23rd day of March 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).

1